**Order entered December 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00319-CR

### MARCELINO LOPEZ-MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83185-2020**

## ORDER
**Before the Court En Banc**

Before the Court is appellant's November 16, 2022 motion for reconsideration en banc. Appellant's motion is **DENIED**.

                        /s/    ROBERT D. BURNS, III
                               CHIEF JUSTICE